**Order entered December 17, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00884-CV

## LOCKE LORD LLP AND ROY HARDIN, Appellants

## V.

## RETRACTABLE TECHNOLOGIES, INC., Appellee

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-19-17946**

## ORDER

Before the Court is appellee's December 16, 2020 unopposed motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **January 27, 2021**.

/s/    KEN MOLBERG
        JUSTICE